UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANASTASIA F.,

                                Plaintiff,

                    v.                                      5:22-CV-35 (DJS)

KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,

                                Defendant.
_____

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

      The Complaint in this action was filed January 18, 2022.  Dkt. No. 1.  The Court ordered the matter remanded to the Social Security Administration for further proceedings.  Dkt. Nos. 11 & 12.  Plaintiff has now filed a Motion for Attorney's Fees under the Equal Access to Justice Act.  Dkt. No. 13.  Defendant has not responded to the Motion.

      Based on the foregoing, Plaintiff is awarded fees under the Equal Access to Justice Act in the amount of $7844.00.

Dated:  September 29, 2022
         Albany, New York

                                                Daniel J. Stewart
                                                U.S. Magistrate Judge