# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Anastasia Fields**
       Plaintiff(s)
  vs.                              **CASE NUMBER:** 5:22-cv-35 (DJS)

**Kilolo Kijakazi**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff is awarded fees under the Equal Access to Justice Act in the amount of $7844.00.

All of the above pursuant to the order of the Honorable Daniel J. Stewart, dated the 29th day of September, 2022.

DATED: September 29, 2022

_____
Clerk of Court

                                        s/Kathy Rogers
                                        Deputy Clerk